AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JAN 30 2024

Ronald E. Dowling
By_____
Deputy Clerk

| United States of America | ) |
| v. | ) |
| JASON KALE CLAMPIT | ) Case No. 5:24 mj 5001-001 |
| | ) |
| | ) |
| Defendant | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  01/24/2024  in the county of  Washington  in the  Western  District of  Arkansas , the defendant violated  18  U. S. C. §  175 , an offense described as follows:

Possession of a Prohibited Biological Weapon, namely Ricin and/or attempted production of Ricin.

This criminal complaint is based on these facts:

On or about the above date, CLAMPIT possessed Ricin, or attempted to produce such, which is a prohibited biological weapon pursuant to federal law

☑ Continued on the attached sheet.

_____
Complainant's signature

Kimberly Allen SA FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: January 29, 2024

_____
Judge's signature

City and state:  Fayetteville, Arkansas   Christy Comstock, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

I, FBI Special Agent Kimberly Allen, being duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been since September 2019. I am currently assigned Little Rock Division, Fayetteville Resident Agency. As part of my duties as an FBI agent, I investigate national security matters related to domestic, international terrorism, and weapons of mass destruction.

2. This Affidavit is made in support of a criminal complaint and arrest warrant for JASON KALE CLAMPIT in violation of Title 18, United States Code, Section 175, Prohibitions with Respect to Biological Weapons-Ricin.

3. Based on my investigative efforts and personal knowledge, as well as information provided by the Arkansas Department of Community Corrections (Probation and Parole) and other law enforcement agencies, I have learned the following:

4. On or about the afternoon of January 12, 2024, Washington County Sheriff's Office (WCSO), contacted the Federal Bureau of Investigation (FBI) regarding an anonymous telephonic tip they received from a caller reporting that Jason Kale CLAMPIT may have poisoned his mother, Lynn Faith WRIGHT, with Ricin. Per the caller, CLAMPIT's mother was currently at Washington Regional Medical Center.

5. During the ensuing investigation, law enforcement identified the anonymous caller as Joy URIBE (hereafter referred to as URIBE), who is CLAMPIT's sister and WRIGHT's daughter. On or about the evening of January 12, 2024, the FBI interviewed URIBE at her place of residence. URIBE provided the following information: URIBE believed there is a high probability that what is wrong with

WRIGHT is Ricin poisoning. URIBE said she received a message from WRIGHT approximately two months ago asking about Ricin. In a conversation via text message, WRIGHT said CLAMPIT was sick and WRIGHT asked URIBE if she knew how to treat "risen" poisoning. URIBE did not know anything about it until URIBE researched and realized WRIGHT was talking about Ricin. URIBE sent WRIGHT the phone number to Poison Control. CLAMPIT then contacted URIBE in the same text message thread using WRIGHT's phone. Therein, CLAMPIT referred to himself as "bubba." CLAMPIT's girlfriend, Linda "Ana" HUSSONG (Hereafter referred to HUSSONG) also sent text messages through WRIGHT's phone discussing ricin.

6.  URIBE shared with Investigators screenshots from her text message conversation regarding CLAMPIT's Ricin exposure.

Mon, Nov 27 at 12:06 AM

> It should not go untreated it says. Says death can occur. Sounds pretty serious.

> Call poison control.

Mon, Nov 27 at 8:08 AM

> ANA SAID THIS NEXT TEXT....I'M SENDING,I'M WONDERING HOW YOU ARE THO...I TOOK SILAS TO SCHOOL AND ANA TO WORK..HOME NOW GOING BAC TO BED. I LOVE YOU.MORE THAN YOU KNOW!!

> I clock in at 7:45 today. I know the symptoms of ricin poisoning. You are not supposed to let them sleep until you know they are going to die. He only got topical exposure so he only had a 10% chance of fatality. His fever and body aches is the same thing that matla and half the town has. It is the flu. Matla was at carmans memorial and when I saw her getting cold medicine yesterday she looked like death and her whole family is sick

Mon, Nov 27 at 1:34 PM

> Joy this bubba i did not intentionally take it. I picked up a bottle that had leaked. Yhe mixture was made of ricin water and lye. It leaked. When i picked the jar up i realized it had leaked. I w a shes my hands with vinager immediately. Unfortunately enough got on my skin it made me very sick.

> I'm feeling better today small head ache but im better.

> > Hey bubba, Why would you be around a bottle of that in the first place though? I'm glad you're okay. That's good.

> I made it to get people to stay out of our woods. There's a group of thieves out here called the owlers. They snoop around watching people at night. They dress in gilly suits and hide in the bushes. So i made this stuff and set up traps in the woods.
>    Anyway i was moving the stuff day before yesterday and one ofbthe jars had leaked and dried

made this stuff and set up traps in the woods.

    Anyway i was moving the stuff day before yesterday and one ofbthe jars had leaked and dried out on the outside of the jar. As soon as i realized it  i washed my hands with vinegar. Thats probably the only reason i didn't die. Boy did it make me sick though....ugh. Joy, I love you and our family beyond words. I have and know things that would baggle the mind. I know how to either take people to the grave or make them into either angels or demons. If you knew everything it would astonish you. I know how to bond your spirit to your flesh so that you may ascend to heaven in your physical form. I swear to you on all the lives of our family. I can do these things. I am not the brother you once  knew I AM more.

> Well, that is too bad because people move out to the words in order to get away from that shit. It's really disappointing that there's those losers out there doing that shit out in Winslow. What's a good thing to know because I hope you know I wouldn't fall into some trap

> thing to know because I hope you know I wouldn't fall into some trap with me and the kids out there walking around in the woods.

Mon, Nov 27 at 3:43 PM

> No you won't they stopped snooping and avoid our property now. So ive made sure everything is safe now. Though working with substances is dangerous. I was careless and paid the price.....ugh. It was rough sis, like really bad. I know it works though. 👹 👤

> I havent done extractions in a long time. Even though i have more knowledge now. My confidence still wavers. Though my teas work the way they should the stuff i can't test without hurting a living creatures i still wonder about because a lot of the recipes try to mis lead people. So then we have to figure it out, which makes it dangerous. But ive figured out the code now. And i know i was right about which part contains the alkaloids i was seeking. I'm good at what i do joy i am the only person at risk. I always make sure someone

> code now. And i know i was right about which part contains the alkaloids i was seeking. I'm good at what i do joy i am the only person at risk. I always make sure someone knows what I'm doing incase i mess up. Which does happen sometimes. That one is the most dangerous because theres no cure and its untraceable kinda like an ice cycle.

7. Notably, CLAMPIT speaks about extractions in his texts and becoming sick after touching a ricin solution. According to the Centers for Disease Control (CDC), "Ricin toxin can be extracted from castor beans, purified and treated to form a pellet, a white powder, or dissolved in water or weak acid to be released as a liquid. Ricin can be prepared in liquid or crystalline form." In the texts, CLAMPIT speaks about ricin, water, and lye and how some of the mixture leaked out of the bottle and made CLAMPIT sick. The CDC suggests, "It takes a deliberate act to make ricin and use it as a poison." Lye is a suggested ingredient found in some basic online searches for ricin extraction. Further, CLAMPIT speaks about using vinegar to wash his hands immediately after his exposure. The CDC provides distilled white vinegar as one potential ingredient for decontamination mixtures for ricin. CLAMPIT also speaks about setting up traps with ricin to keep "owlers" off of the property. According to the CDC, "Those at risk for ricin poisoning include persons in the dispersal area of a ricin aerosol release, if ricin is used as an agent

of terrorism, persons who are victims of parenteral injection with ricin, persons who ingest castor beans, or food or water contaminated with ricin." CLAMPIT also discusses "alkaloids." The "CDC can assess selected specimens on a provisional basis for urinary ricinine, an alkaloid in the castor bean plant" as one way to test for ricin poisoning.

8. URIBE added that CLAMPIT likes plants and has told URIBE on prior occasions about having knowledge of plant extractions. CLAMPIT has sent URIBE links to certain plants and their capabilities before. During the week that WRIGHT was at Washington Regional Medical Center, CLAMPIT told URIBE that CLAMPIT was going to start working with plants that would help make their mother better. CLAMPIT told URIBE that CLAMPIT was "going to test it out on mom because it makes the body like a rainbow-like body." URIBE did not know where CLAMPIT may have gotten castor beans to manufacture ricin. URIBE did not know if CLAMPIT grew plants or bought plants. URIBE confirmed that CLAMPIT lives in a trailer located at 155 W Bromley Lane, Winslow, Arkansas 72959 but has access to and sometimes stays in the house on the property.

9. On January 24, 2024, CLAMPIT appeared in Fayetteville, Arkansas, for a scheduled meeting with his Parole Officer. At the time, CLAMPIT was detained for investigative purposes for violations of his parole, and a search of his vehicle was completed. Of note, Parole Officers located Hydrocodone in CLAMPIT's vehicle.

16) Later on January 24, 2024, Arkansas State Parole and Probation officers, assisted by the Bentonville Bomb Squad, who is trained and equipped to deal with hazardous materials, went to the W Bromley Road Residence and made contact with a female who identified as CLAMPIT's girlfriend. When questioned by law enforcement

the girlfriend mentioned to Bentonville Police Department Officers that if CLAMPIT were to own castor beans, the beans would be located in a trailer that was under a tent on the residence and the beans would be in the bathroom or under the bed in the trailer. Officers made entry into this trailer. This reference is significant, in that, it is common practice for individuals producing ricin in a residential setting to use the weight of mattresses to aid in the production process. Officers made entry into this trailer and located the castor beans in plain view on a shelf in the bedroom of the trailer. Importantly, Ricin is produced from the waste material left over from processing castor beans. The girlfriend told law enforcement that CLAMPIT likes listening to podcasts on toxins and would google (meaning internet research) information on the topic on his digital devices. Thereafter, all law enforcement exited the trailer and obtained a federal search warrant allowing for the seizure of ricin, ricing production related materials, and certain electronic devices for violation of 18 United States Code Section 175 (Prohibitions with Respect to Biological Weapons). During a subsequent search pursuant to the warrant, law enforcement seized, among other items, the following: a significant amount of castor beans, a jar of suspected liquid Ricin, a coffee grinder (common paraphrenia used in making ricin) containing suspected powder ricin, and a High Standard revolver.

11.     Your Affiant believes that probable cause exists to charge CLAMPIT with a violation of Title 18, United States Code, Section 175, Prohibition with respect to Biological Weapons/ Possession of Ricin, because of the foregoing evidence that on or

about January 24, 2024, in the Western District of Arkansas, Fayetteville Division and elsewhere, CLAMPIT, unlawfully possessed Ricin.

Kimberly Allen
FBI Special Agent

Sworn to before me, and subscribed in my presence on January 30, 2024.

HONORABLE CHRISTY D. COMSTOCK
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF ARKANSAS